### RELIABLE MACHINE AND DYE WORKS

#### *vs.*

### MACNICHOL PACKING CO.

Washington county. Decided June 26, 1913. An action of assumpsit upon account annexed to recover the price of one round can sealing machine. The verdict was for plaintiff for the sum claimed and the case is before this court on general motion of defendant for new trial.

The charge of the justice below is not found in the record. We must assume it unobjectionable. A careful reading of the evidence leads to the conclusion that there was sufficient to warrant the conclusion of the jury and in the absence of any indication of bias or prejudice on the part of the jury the verdict must stand. Motion overruled. *E. W. Pike, W. R. Pattangall,* for plaintiff. *J. H. Gray,* for defendant.